IN THE UNITED STATED DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TIMOTHY MCDERMOTT,

        Plaintiff,

   v.                                                  Civil Action No. 2:21-101

LVNV FUNDING, LLC,

        Defendant.

## ORDER OF COURT

AND NOW, this 4th day of March, 2021, upon consideration of the Stipulation of Dismissal filed by the parties, it is hereby ORDERED that the above-referenced matter has been settled and shall be dismissed with prejudice.

BY THE COURT:

s/Joy Flowers Conti
Joy Flowers Conti
United States District Judge